<mark>FILED
CHARLOTTE, NC
NOV 17 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC</mark>

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARDARIUS LAMONTEZ DAVIS<br>DEFENDANT | DOCKET NO. 3:25-cr-320-KDB<br><br>**BILL OF INFORMATION**<br><br>Violation:<br>21 U.S.C. § 841(a)(1) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
*(Distribution of Crack Cocaine)*

On October 9, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**ARDARIUS LAMONTEZ DAVIS,**

did knowingly and intentionally distribute a controlled substance, to wit, a mixture and substance containing a detectable amount of cocaine base, that is, crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1).

**Quantity of Cocaine Base Involved**

With respect to defendant **ARDARIUS LAMONTEZ DAVIS,** the offense charged in Count One involved twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base. Accordingly, Title 21, United States Code, Section 841(b)(1)(B) applies.

### NOTICE OF FORFEITURE

Notice is hereby given of the provisions of Title 21, United States Code, Section 853. The following property is subject to forfeiture in accordance with Sections 853:

a.  All property which constitutes or is derived from proceeds of the violations set forth in this Bill of Information;

b.  All property used or intended to be used in any manner or part to commit or

1

Case 3:25-cr-00320-KDB-SCR     Document 1     Filed 11/17/25     Page 1 of 2

facilitate such violations;

c.  If, as set forth in Title 21, United States Code, Section 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

RUSS FERGUSON
UNITED STATES ATTORNEY

_____

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY